Bijal V. Vakil (SBN 192878)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
bijal@whitecase.com

Shamita D. Etienne-Cummings
(SBN 202090)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807
Telephone:  (202) 626-3695
Facsimile:  (202) 639-9355
setienne@whitecase.com

Attorneys for Walmart Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No.  2:19-cv-06570-PSG-RAO<br><br>**UNOPPOSED NOTICE OF MOTION AND MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659 AND MEMORANDUM IN SUPPORT**<br><br>Date: December 9, 2019<br>Time: 1:30 p.m.<br>Crtm: 6A<br>Hon. Philip S. Gutierrez |

**TO THE CLERK AND ALL INTERESTED PARTIES**:

PLEASE TAKE NOTICE that on December 9, 2019, or on such other date as may be ordered by the Court, Defendant Walmart Inc. ("Walmart") will respectfully request that the Court stay this case pursuant to 28 U.S.C. § 1659.[1]

Plaintiff filed this action on July 30, 2019, alleging infringement of four patents: U.S. Patent Nos. 7,781,789 (the "'789 patent"), 9,240,529 (the "'529 patent"), 9,859,464 (the "'464 patent"), and 10,217,916 (the "'916 patent"). The very same day, Plaintiff also filed a Complaint with the U.S. International Trade Commission ("ITC") under Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337.

In the ITC complaint, Plaintiff requested that the ITC institute an investigation and alleged certain unfair acts against Walmart. Specifically, in the ITC, Plaintiff alleges that Walmart infringes the same '789, '529, '464, and '916 patents at issue here. On August 28, 2019, pursuant to 19 C.F.R. § 210.10(b), the investigation entitled *In the Matter of Certain Filament Light-Emitting Diodes and Products Containing Same*, Inv. No. 337-TA-1172 (the "ITC Proceeding") was instituted by the ITC, and the ITC published a Notice of Institution in the Federal Register naming Walmart as a Respondent. *See* Exhibit A.

Pursuant to 28 U.S.C. § 1659, upon the request of any party to a civil action that is also a respondent in an ITC investigation involving the parties to the civil action, the Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). This stay is mandatory, and must be granted if it is made within thirty days from the later of: (1) the party being named a respondent in a proceeding before the Commission, or (2) the filing of the district court action. 28 U.S.C. §

---

[1] By virtue of this motion, Walmart does not waive, and in fact, expressly reserves, all defenses and procedural rights otherwise available to it.

1659(a)(1)-(2); *see also In re Princo*, 478 F.3d 1345, 1355 (Fed. Cir. 2007) (granting a writ of mandamus and directing a district court to stay proceedings pursuant to 28 U.S.C. § 1659(a) until the ITC proceedings become final).

The mandatory stay applies here. The ITC proceeding involves Walmart, as does this civil action. Plaintiff alleges infringement of the '789, '529, '464, and '916 patents in both the ITC proceeding and this action. On August 28, 2019, the Notice of Institution before the ITC was published in the Federal Register naming Walmart as a Respondent, thus commencing the ITC Proceeding. *See* Ex. A. Accordingly, this motion has been filed within thirty days of Walmart being named as a respondent in the ITC proceeding.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on September 13, 2019. On September 23, 2019, Plaintiff filed a Statement of Non-Opposition. *See* ECF No. 20.

For the foregoing reasons, Defendant respectfully requests that the Court grant this Motion and stay this action until the completion of the ITC proceedings under 28 U.S.C. § 1659(a). A proposed Order granting this Motion is submitted herewith for the Court's convenience.

Dated: September 27, 2019

Respectfully submitted,

WHITE & CASE LLP

/s/ *Bijal V. Vakil*
Bijal V. Vakil (SBN 192878)
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
bijal@whitecase.com

Case No. 2:19-cv-06570-PSG-RAO
Unopposed Motion to Stay Pursuant to 28 U.S.C. §1659

| | |
|---|---|
| 1 | Shamita D. Etienne-Cummings (SBN 202090) |
| 2 | WHITE & CASE LLP |
| 3 | 701 Thirteenth Street, NW Washington, DC  20005-3807 |
| 4 | Telephone:  (202) 626-3695 |
| 5 | Facsimile:  (202) 639-9355 setienne@whitecase.com |
| 6 | |
| 7 | Attorneys for Walmart Inc. |

Case No. 2:19-cv-06570-PSG-RAO
Unopposed Motion to Stay Pursuant to 28 U.S.C. §1659

4