SHAWN G. HANSEN (SBN 197033)
shansen@nixonpeabody.com
SETH D. LEVY (SBN 217638)
slevy@nixonpeabody.com
STACI JENNIFER RIORDAN (SBN 232659)
sriordan@nixonpeabody.com
VINCENT K. YIP (SBN 170665)
vyip@nixonpeabody.com
PETER J. WIED (SBN 198475)
pwied@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Attorneys for Plaintiff
**THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WALMART INC.,**<br><br>Defendants. | Case No. 2:19-cv-06570-PSG-RAOx<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT STATUS REPORT IN ADVANCE OF SEPTEMBER 14, 2020 STATUS CONFERENCE; [PROPOSED] ORDER SUBMITTED HEREWITH**<br><br>Date: September 14, 2020<br>Time: 2:00 pm<br><br>Trial date: none set |

In accordance with the Court's Order dated July 20, 2020, Plaintiff The Regents of the University of California ("The Regents") and Defendant Walmart Inc. ("Walmart") respectfully submit this Joint Status Report in advance of the September 14, 2020 status conference. (Dkt. No. 29).

**Status of the ITC Proceedings**

On July 30, 2019, The Regents filed the complaint in this action alleging that Walmart infringed The Regents' United States Patents 7,781,789 ("'789 patent"), 9,240,529 ("'529 patent"), 9,859,464 ("'464 patent"), and 10,217,916 ("'916 patent") (collectively, the "Asserted Patents").

Also on July 30, 2019, The Regents filed a complaint requesting that the International Trade Commission ("ITC") commence an investigation to determine whether IKEA, Walmart, Amazon, Target and Bed Bath (collectively the "ITC I Respondents") have engaged in unfair acts in violation of 19 U.S.C. § 337(a)(1)(B) through, and in connection with, the unauthorized and unlawful importation into the United States, sale for importation into the United States, or sale within the United States after importation of accused products that infringe the Asserted Patents. On August 28, 2019, the ITC instituted the requested investigation against the ITC I Respondents, titled *In the Matter of Certain Filament Light-Emitting Diodes and Products Containing Same*, Inv. No. 337-TA-1172 ("ITC I Investigation").

On October 17, 2019, the Court granted Walmart's motion to stay this matter pending final determination in the ITC I Investigation. (Dkt. Nos. 21, 24).

During the course of the ITC I Investigation, The Regents entered into more than a dozen licenses to the Asserted Patents, including licenses to one litigant that settled, Bed Bath, and to numerous suppliers to the ITC I Respondents. On April 14, 2020, The Regents moved to terminate the ITC I Investigation. On April 29, 2020, the ITC administrative law judge granted the motion to terminate. On May 20, 2020, the ITC terminated the ITC I Investigation when it decided not to review the administrative law judge's ruling.

**Other Matters**

On August 31, 2020, The Regents filed a new complaint requesting that the ITC commence a second investigation, *Certain Filament Light-Emitting Diodes and Products Containing Same (II)*, Inv. No. 337-TA-___ (Docket No. 337-3486) ("ITC

- 1 -

II Investigation") to determine whether GE and Consumer Lighting (U.S.) LLC d/b/a GE Lighting (together, "GE/CLUS"), Savant Systems, Inc., Home Depot Product Authority, LLC, Home Depot U.S.A., Inc., The Home Depot, Inc., Feit Electric Company, Inc., Satco Products, Inc. ("Satco"), IKEA Supply AG, IKEA U.S. Retail LLC, and IKEA of Sweden AB (collectively the "ITC II Respondents") have engaged in unfair acts in violation of 19 U.S.C. § 337(a)(1)(B) through, and in connection with, the unauthorized and unlawful importation into the United States, sale for importation into the United States, or sale within the United States after importation of accused products that infringe two of the four Asserted Patents (the '529 Patent and the '464 Patent), in addition to three new patents issued to The Regents only after the commencement of this action; specifically, United States Patents 10,593,854 ("'854 Patent"), 10,644,213 ("'213 Patent"), and 10,658,557 ("'557 patent") (collectively, "ITC II Patents"). The Regents anticipates that the ITC will institute the requested ITC II Investigation against the ITC II Respondents on or before September 30, 2020.

Additionally, GE/CLUS and Satco have filed for *inter partes review* ("IPR") of the Asserted Patents ("IPR Proceedings").

**The Parties Jointly Request This Matter Remained Stayed**

In light of the substantial and on-going settlement discussions between The Regents and Walmart, the fact that settlement seems imminent, and to preserve resources and judicial economy, the parties respectfully request that the Court issue an order in the form submitted herewith staying the case during the pendency of the ITC II Investigation and the IPR Proceedings, and any appeals related thereto. Should those settlement discussions end, both parties reserve the right to seek guidance from the Court on the procedural status of this matter.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: September 4, 2020 | NIXON PEABODY LLP |
| 4 | | By: /s/ Shawn G. Hansen |
| 5 | | Shawn G. Hansen |
| 6 | | Attorneys for Plaintiff<br>THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA |
| 8 | Dated: September 4, 2020 | WHITE & CASE LLP |
| 10 | | By: /s/ Bijal V. Vakil |
| 11 | | Bijal V. Vakil |
| 12 | | Attorneys for Defendant<br>Walmart Inc. |

- 3 -

JOINT REPORT RE ITC INVESTIGATION

**L.R. 5-4.3.4(a)(2)(i) Attestation**

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NIXON PEABODY LLP


By: /s/ Shawn G. Hansen
    Shawn G. Hansen

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

- 4 -

JOINT REPORT RE ITC INVESTIGATION