SHAWN G. HANSEN (SBN 197033)
shansen@nixonpeabody.com
SETH D. LEVY (SBN 217638)
slevy@nixonpeabody.com
STACI JENNIFER TRAGER (SBN 232659)
strager@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

MATTHEW A. RICHARDS (SBN 233166)
mrichards@nixonpeabody.com
TRACY S. ICKES (SBN 317380)
tickes@nixonpeabody.com
**NIXON PEABODY LLP**
One Embarcadero Center, Suite 300
San Francisco, CA 94111-3739
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**

Bijal V. Vakil (SBN 192878)
bijal.vakil@allenovery.com
ALLEN & OVERY LLP
550 High Street, Second Floor
Palo Alto, CA 94301
Telephone: (650) 388-1650
Facsimile: (650) 388-1699

Shamita D. Etienne-Cummings (SBN 202090)
shamita.etienne@allenovery.com
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 833-3810
Facsimile: (202) 683-3999

Attorneys for Defendant
**WALMART, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WALMART INC.,**<br><br>Defendants. | Case No. 2:19-cv-06570-PSG-RAOx<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby

1  stipulate to dismissal with prejudice of this action in its entirety, with each party to
2  bear its own attorney fees and costs.

Dated: August 25, 2023             NIXON PEABODY LLP


By: /s/ Shawn G. Hansen
    Shawn G. Hansen

Attorneys for Plaintiff
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

Dated: August 25, 2023             ALLEN & OVERY LLP


By: */s/ Bijal V. Vakil*
    Bijal V. Vakil

Attorneys for Defendants
WALMART INC.

### L.R. 5-4.3.4(a)(2)(i) Attestation

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NIXON PEABODY LLP


By: /s/ Shawn G. Hansen
    Shawn G. Hansen

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

- 2 -

JOINT STIPULATION OF DISMISSAL