| | |
|---|---|
| SHAWN G. HANSEN (SBN 197033)<br>shansen@nixonpeabody.com<br>SETH D. LEVY (SBN 217638)<br>slevy@nixonpeabody.com<br>STACI JENNIFER TRAGER (SBN 232659)<br>strager@nixonpeabody.com<br>**NIXON PEABODY LLP**<br>300 South Grand Avenue, Suite 4100<br>Los Angeles, CA 90071-3151<br>Telephone: (213) 629-6000<br>Facsimile: (213) 629-6001<br><br>MATTHEW A. RICHARDS (SBN 233166)<br>mrichards@nixonpeabody.com<br>TRACY S. ICKES (SBN 317380)<br>tickes@nixonpeabody.com<br>**NIXON PEABODY LLP**<br>One Embarcadero Center, Suite 300<br>San Francisco, CA 94111-3739<br>Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300<br><br>Attorneys for Plaintiff<br>**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA** | Bijal V. Vakil (SBN 192878)<br>bijal.vakil@allenovery.com<br>ALLEN & OVERY LLP<br>550 High Street, Second Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 388-1650<br>Facsimile: (650) 388-1699<br><br>Shamita D. Etienne-Cummings (SBN 202090)<br>shamita.etienne@allenovery.com<br>ALLEN & OVERY LLP<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (202) 833-3810<br>Facsimile: (202) 683-3999<br><br>Attorneys for Defendant<br>**WALMART, INC.** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>     Plaintiff,<br><br>vs.<br><br>**WALMART INC.,**<br><br>     Defendants. | Case No. 2:19-cv-06570-PSG-RAOx<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby

---

JOINT STIPULATION OF DISMISSAL

stipulate to dismissal with prejudice of this action in its entirety, with each party to bear its own attorney fees and costs.

Dated: August 25, 2023      NIXON PEABODY LLP

By: /s/ Shawn G. Hansen
Shawn G. Hansen

Attorneys for Plaintiff
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

Dated: August 25, 2023      ALLEN & OVERY LLP

By: /s/ Bijal V. Vakil
Bijal V. Vakil

Attorneys for Defendants
WALMART INC.

### L.R. 5-4.3.4(a)(2)(i) Attestation

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NIXON PEABODY LLP

By: /s/ Shawn G. Hansen
Shawn G. Hansen

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

IT IS SO ORDERED

Dated August 29, 2023

_____
United States District Judge

-2-

JOINT STIPULATION OF DISMISSAL